IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00071 |
| KEVIN WAYNE NEWSON, | ) ) ) | CHIEF JUDGE HAYNES |
| Defendant. | ) ) | |

## ORDER

The evidentiary hearing is reset in this action to **Thursday, August 30, 2012 at 1:30 p.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge