UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 3:12-00071
) CHIEF JUDGE HAYNES
)
KEVIN WAYNE NEWSON )

### MOTION TO SET PLEA HEARING

Comes now, the defendant Kevin Wayne Newson, through counsel, and respectfully requests that the Court set a plea hearing on August 30, 2012, at 1:30 p.m. This Court has previously scheduled an evidentiary hearing on August 30, 2012, at 1:30 p.m. on defendant's motion to suppress evidence and statements. The evidentiary hearing will be waived pursuant to the plea agreement.

Accordingly, it is respectfully requested that the Court hold a plea hearing on August 30, 2012, at 1:30 p.m.

Respectfully submitted,

s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Kevin Wayne Newson

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing *Motion to Set Plea Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Clay T. Lee**, Special Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Ronald C. Small
RONALD C. SMALL