IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00071 Chief Judge Haynes |
| KEVIN WAYNE NEWSOM | ) ) | |
| Defendant. | ) | |

## O R D E R

The sentencing hearing in this action is re-set for **Friday, December 14, 2012 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the ___19th___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court